IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> vs. <br><br> M & N TRANSPORT, LLC, and MICHAEL TOMLINSON, <br><br> Defendants. | 4:20CV3006 <br><br> **ORDER** |

Upon the suggestion of bankruptcy ([Filing No. 7](#)) filed by Defendant Michael Tomlinson,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 12th day of February, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge